**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

BENJAMIN BROWN,

        Plaintiff,

v.

SILVERMAN LAW FIRM P.C.

        Defendant.

_____

**COMPLAINT AND JURY DEMAND**
_____

    Comes now Plaintiff Benjamin Brown and for his causes of action against the defendant states:

**Parties and Jurisdiction**

    1.    That one count of this complaint arises under 15 U.S.C. Section 1692 (the Fair Debt Collection Practices Act) and the court has jurisdiction over that claim under 15 U.S.C. Section 1692k.  The court further has supplementary jurisdiction of the fraud claim which is so related to the federal claim in this action that it forms part of the same case or controversy.  The court thus has jurisdiction also under 28 U.S.C. Section 1361.

**ALLEGATIONS COMMON TO ALL COUNTS**

    1.    That defendant Silverman is a collection law firm that regularly engages in the collection of debts for others.

    2.    That at all times herein mentioned defendant was acting by and through its agents, servants and employees acting within the course and scope of their employment

with defendant.

3. That the defendant attempted to collect from plaintiff a debt claimed to be owed to its client for a credit card used primarily for personal and household purposes.

4. That in an attempt to collect the debts defendant sent correspondence to plaintiff and the defendant therein represented that plaintiff owed the debt however such statement was false as the debt was owed by another Benjamin Brown.

5. That plaintiff really owed for another credit card in about the same amount. That plaintiff reasonably relied on defendant's misrepresentations and paid defendant on its claim thinking he was paying on the debt he owed.

6. That in approximately November of 2008 plaintiff was sued on the credit card he really owed. That thereafter plaintiff called defendant a number of times regarding the likelihood that double payment was being demanded. During such contact defendant confirmed that there was a mistake and his money would be refunded either by defendant or its client. Plaintiff reasonably relied on defendant and waited months but received no refund and still has received no refund. Finally plaintiff contacted counsel, retained him and filed this case.

8. That because of the misleading character of the false statements to the effect that that plaintiff owed the debt to defendant's client made prior to his learning the true facts by way of the subsequent lawsuit to collect his true debt, plaintiff could not have been aware of his claim, having been actually deceived, until within the last year. Further defendant's continued representations that his money would be refunded reasonably induced plaintiff to further withhold filing suit, thus all of his claims are timely brought under equitable tolling and/or the discover rule.

## First Claim for Relief, Fair Debt Collection Practices Act

Comes now Plaintiff Benjamin Brown and for his cause of action under count I states:

1. That defendant is a debt collector as regularly collects debts for others owed for personal and household use.

2. That defendant's false statements that he owed the debt to begin with and later that his money would be refunded constituted false or misleading representations in connection with the collection of a debt under 15 U.S.C. Section 1692e.

3. The aforesaid false statements as well as defendant's continued false assurances that plaintiff would get his money back also constituted unfair practices under 15 U.S.C. Section 1692f.

4. That the defendant engaged in unlawful third party contact violation of 15 USC Sec. 1692(c)(b) in that it contacted plaintiff for another consumer's debt claiming he owed it.

5. That as a result of such conduct, plaintiff paid the sum of $1,774.91 for a debt he did not owe, caused plaintiff to undergo cash flow problems and caused him to have to defend the other suit rather than just settle it, and he has suffered severe emotional distress which was significant and constituted a real injury. Further plaintiff has incurred and is incurring legal fees in bringing this action.

WHEREFORE: Plaintiff prays judgment against the defendant in such sum as is reasonable, additional damages under 15 U.S.C. Section 1692k(a)(2)(A), plus attorney's fees under 15 U.S.C. Section 1692k(a)(3), plus interest on his judgment and his costs.

## Second Claim for Relief, Common Law Fraud

Comes now Plaintiff and for his cause of action under count II states:

1. That the defendant in representing that plaintiff owed the debt made the representation knowing there were a number of other persons by the same name who could have owed the debt but misrepresented that it was plaintiff. Defendant further sent similar correspondence to plaintiff and more than one of those persons and defendant either knew its representations were false or pleading alternatively, did not know if they were false.

2. That based upon the false representations plaintiff sent defendant and defendant accepted $1,774.91 for the debt he did not owe.

3. That plaintiff's reliance upon the misrepresentations in sending the money was reasonable.

4. That in addition, plaintiff, based upon the representations, and his learning them to be false, caused plaintiff to undergo cash flow problems and caused him to have to spend time defending the other suit rather than just settle it. Further he suffered severe emotional distress.

5. That the defendant's conduct was willful, wanton and malicious.

WHEREFORE: Plaintiff each prays judgment against the defendant in such sum as is reasonable together with punitive damages as are just and reasonable, plus interest on his judgment and his costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

Respectfully submitted this $2^{th}$ day of August, 2009.

/s/ Blair Drazic_____  
Blair K. Drazic  
591 25 Road, Suite A-4  
Grand Junction, CO 81505  
Phone 314-989-0071  
Fax 314-667-4207  
E-mail: blairdrazic@aol.com  

Plaintiff's address is:  
5759 S. Bemis Rd.  
Littleton, CO 80120