IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02095-PAB-BNB

BENJAMIN BROWN,

Plaintiff,

v.

SILVERMAN LAW FIRM P.C.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Continue Scheduling Dates and Settlement Conference and for Leave to Amend to Join a Party** [docket no. 8, filed December 3, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The Scheduling and Settlement conferences set for December 10, 2009, are **VACATED**.  The conferences will be reset once the defendants have been served.

IT IS FURTHER ORDERED that the Motion for Leave to Amend to Join a Party is GRANTED and the Clerk of the Court is directed to accept attached First Amended Complaint and Jury Demand for filing.

DATED:  December 4, 2009