IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-02095-PAB-BNB

BENJAMIN BROWN,

    Plaintiff,

v.

SILVERMAN LAW FIRM P.C. and
DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA,

    Defendants.

_____

## ORDER OF DISMISSAL
## OF DEFENDANT SILVERMAN LAW FIRM P.C. WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Motion to Dismiss Defendant Silverman Law Firm P.C. [Docket No. 13]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Defendant Silverman Law Firm P.C. [Docket No. 13] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Silverman Law Firm P.C. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 5, 2010.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge